Writ refused. While we have grave doubt that that portion of the opinion of the Court of Appeal dividing the leases horizontally is correct, we nevertheless find that, under the facts and circumstances as found by the Court of Appeal, the result reached by that Court is correct.

SUMMERS, J., is of the opinion a writ should be granted.

199 So.2d 916

Henry SHOLES

v.

CONTINENTAL CASUALTY COMPANY.

No. 48712.

June 5, 1967.

In re: Henry Sholes applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 196 So.2d 680.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.